**UNITED STATES of America**

v.

**Randy Clark BAKER, Appellant.**

No. 07–4577.

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit LAR 34.1(a) Oct. 30, 2008.

Filed: Feb. 4, 2009.

John C. Gurganus, Jr., Esq., Office of United States Attorney, Scranton, PA, for United States of America.

Randy Clark Baker, Fort Dix, NJ, pro se.

BEFORE: McKEE, NYGAARD, and SILER,* Circuit Judges.

---

* Honorable Eugene E. Siler, Jr., Senior Circuit Judge for the United States Court of Appeals for the Sixth Circuit, sitting by designation.

## OPINION OF THE COURT

NYGAARD, Circuit Judge.

Appellant, Randy Clark Baker, entered into a plea agreement with the Government, whereby he agreed to plead guilty to one count of unlawful possession of child pornography. A presentence investigation report was prepared and defense counsel filed a sentencing memorandum requesting a sentence outside and below the advisory sentencing range. The District Court sentenced him to 78 months' incarceration and a special assessment of $100. We will affirm.

Because we write exclusively for the parties who are familiar with the facts and the proceedings below, we will not revisit them here. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Baker's appointed counsel has examined the record, concluded that there are no non-frivolous issues for review, and has requested permission to withdraw.

We, too, have thoroughly examined the record and can find no non-frivolous issues to be raised in this appeal. Hence, we will affirm the judgment of the District Court and grant counsel's motion to withdraw.